IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
AT NASHVILLE

| | | |
|---|---|---|
| FRANCHILEZ SEDA-RIVERA AND JOHNATHAN RUCKER, | ) ) ) | |
| Plaintiff, | ) ) | No.: 3:21-cv-00305 |
| v. | ) ) ) | Judge Eli J. Richardson<br>Magistrate Judge Barbara D. Holmes |
| JOHN DOE AND SERVICE TRANSPORT, INC., | ) ) ) | JURY DEMAND |
| Defendant. | ) ) | |

## JOINT STIPULATION OF DISMISSAL

**COME NOW** the Defendants, John Doe and Service Transport, Inc., and Plaintiffs, Franchilez Seda Rivera and Johnathan Rucker, by and through their respective undersigned counsel, and pursuant to 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, and hereby stipulate to the dismissal with prejudice of the above-captioned action and all claims and counterclaims asserted therein.

Respectfully submitted,

**LEWIS THOMASON, P.C.**

By: */s/ John R. Tarpley*
John R. Tarpley, BPR # 9661
424 Church Street, Suite 2500
P.O. Box 198615
Nashville, TN 37219
jtarpley@lewisthomason.com
(615) 259-1366

*Attorney for Defendants*

**MITCH GRISSIM & ASSOCIATES**

By: /*s/ Jesse D. Waterman by permission
 via email on 6/282021- JRT*
Jesse D. Waterman, BPR #31822
325 Union Street
Nashville, TN 37201
jesse@tnlaw.com
(615) 255-9999

*Attorney for Plaintiffs*

## CERTIFICATE OF SERVICE

    I hereby certify that a copy of the foregoing **JOINT STIPULATION OF DISMISSAL** was filed electronically. Notice of this filing will be sent by operation of the Court's electronic filing system to all parties indicated on the electronic filing receipt. All other parties will be served by regular U.S. mail and/or email. Parties may access this filing through the Court's electronic filing system.

    J. Mitchell Grissim, Jr., Esq.
    Jesse D. Waterman
    Mitch Grissim & Associates
    325 Union Street
    Nashville, TN 37201

This the 28th day of June, 2021.

*/s/ John R. Tarpley*
