UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE

Franchilez Seda–Rivera, et al.

                        Plaintiff,

v.                                                       Case No.: 3:21–cv–00305

John Doe, et al.

                        Defendant,

## ENTRY OF JUDGMENT

     Judgment is hereby entered for purposes of Rule 58(a) and/or Rule 79(a) of the Federal Rules of Civil Procedure on 7/2/2021 re [8].

                                                                            Lynda M. Hill
                                                          s/ Kim Chastain, Deputy Clerk